UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　Plaintiff,<br>v.<br>Jose Efrain MEDINA,<br>　　　　　　　　　　Defendant. | Case No.: 23-cr-02293-BTM<br><br>**ORDER** |

For good cause shown, Defendant Jose Efrain MEDINA's unopposed motion to modify his release conditions (ECF No. 35) is **GRANTED IN PART AND DENIED IN PART**. Defendant's request for travel to Mexico is DENIED. Defendant is permitted to travel throughout the continental United States for work purposes only at the discretion of Pretrial Services. The surety must file an acknowledgment prior to any travel, and Defendant must provide Pretrial Services his travel itinerary prior to traveling on each occasion. All other conditions remain as set.

Dated: December 12, 2023

HON. MICHELLE M. PETTIT
U.S. Magistrate Judge